**Adolph Zeigler, appellee, v. E. Robert Riedel, appellant. Gen. No. 25,630.**

Action to recover for personal injuries resulting from gun shot. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of fact. Opinion filed March 8, 1920.

John W. Walsh, for appellant. Sass & Hood, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**Max Mickel et al., appellees, v. Edward J. Lennartz, appellant. Gen. No. 25,639.**

Suit to foreclose trust deed. Order directing receiver to pay a deficiency and balance in his hands. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Henry M. Ashton and Edward M. Winston, for appellant. C. Arch Williams, for appellee Max Mickel.

Mr. Justice Dever delivered the opinion of the court.

---

**Ferdynand Urbanowicz, appellee, v. The Chicago Daily News Company, appellant. Gen. No. 25,662.**

Action to recover for personal injury to employee by fall of heavy roll of paper. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 8, 1920.

John J. Symes and Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**William Schramer, appellant, v. Charles Bolin, appellee. Gen. No. 25,672.**

Petition for vacation of judgment. Dismissal of petition. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa and Hon. Wells M. Cook, Judges, presiding. Heard in this court at the October term, 1919. Order reversed and cause remanded with directions. Opinion filed March 8, 1920.

John Prendergast, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.